# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Danita Mitchell,

    Petitioner,

vs.

Dean P. Loven, et al.,,

    Respondents.

JUDGMENT IN A CIVIL CASE

3:10-cv-275-GCM

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 29, 2010 Order.

    Signed: June 29, 2010

Frank G. Johns, Clerk
United States District Court